RECEIVED AND [?]

Nov 9 11 41 AM '11

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S-07-14665 LBR |
| Christopher, Richard Todd | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| Christopher, Virginia Ellen | ) |
|                Debtor(s) | ) NOTICE OF UNCLAIMED FUNDS |

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 7 | Comerica Bank<br>C/o Brigid Higgins Esq Gordon & Silver<br>3960 Howard Hughs Pkwy 9<br>Las Vegas NV 89169 | | $ 1,839.92 |
| | Sub-Totals | $ 0.00 | $ 1,839.92 |
| | Total check | | $ 1,839.92 |

Date: November 8, 2011

_(signature)_

Trustee William A. Leonard, Jr.

rcpt # 205171          $ 1839.92